## FAIR LABOR STANDARDS ACT CONSENT

I, Roberto Aguirre, consent to be a party plaintiff in Aguirre, et al. v. Panzi Enterprises, LLC, et al. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216 (b).

*/s/ Roberto Aguirre*
ROBERTO AGUIRRE