## FAIR LABOR STANDARDS ACT CONSENT

I, Maria Alejandra Granda Valarezo, consent to be a party plaintiff in Aguirre, et al. v. Panzi Enterprises, LLC, et al. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216 (b).

_____
MARIA ALEJANDRA GRANDA VALAREZO