## FAIR LABOR STANDARDS ACT CONSENT

I, Celso Lenin Costas, consent to be a party plaintiff in Aguirre, et al. v. Panzi Enterprises, LLC, et al. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216 (b).

_____
CELSO LENIN COSTAS