## FAIR LABOR STANDARDS ACT CONSENT

I, Percy Misael Dextre Torre, consent to be a party plaintiff in Aguirre, et al. v. Panzi Enterprises, LLC, et al. in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. §216 (b).

_____
PERCY MISAEL DEXTRE TORRE