UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Roberto Aguirre, et al.,

              Plaintiff,

    -against-

Panzi Enterprises LLC , d/b/a Pardos, et al.,

              Defendants.
--------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: March 9, 2009

**08 Civ. 7173 (PAC)**
**ORDER OF DISCONTINUANCE**

HONORABLE PAUL A. CROTTY, United States District Judge:

The Court having been advised that all claims asserted herein have been settled, it is,

ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within thirty (30) days of the date hereof. The Court will sign a Stipulation of Settlement upon receipt from either party. The Clerk of Court is directed to terminate any pending deadlines, future conferences and this case.

Dated: New York, New York
      March 9, 2009

                          SO ORDERED

                          PAUL A. CROTTY
                          United States District Judge

1



**Fox Rothschild** LLP
ATTORNEYS AT LAW

100 Park Avenue, Suite 1500
New York, NY 10017
Tel 212.878.7900 Fax 212.692.0940
www.foxrothschild.com

Eli Z. Freedberg
Direct Dial. (212) 878-7970
Internet Address: efreedberg@foxrothschild.com

March 6, 2009

Hon. Paul A. Crotty
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:    Aguirre v. Panzi Enterprises LLC d/b/a Pardos 08-cv-7173**

Dear Judge Crotty:

We represent Defendants Panzi Enterprises LLC d/b/a Pardos and successor Panca and Richard Wu ("Defendants"), in the above-referenced action.    The Parties have reached a preliminary settlement agreement of all claims.  Accordingly, the Parties jointly request that Your Honor adjourn the preliminary conference scheduled for March 9, 2009, at 4:15 pm. The Parties have agreed to submit a proposed stipulation of discontinuation with prejudice to this Court within thirty days.

We appreciate Your Honor's prompt attention to and consideration of this matter.

Respectfully submitted

Eli Z. Freedberg (EF-6854)

cc:    Brian Schaffer, Esq.

A Pennsylvania Limited Liability Partnership

California    Delaware    Florida    Nevada    New Jersey    New York    Pennsylvania

NY1 426557v1 03/06/09